UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| VESTRIA D BARLOW | CIVIL ACTION NO. 23-cv-130 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHELIA L WARD ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

On March 23, 2023, a Motion to Dismiss (Doc. No. 8) was filed by Teneka Hughey and Green Book Vacations, LLC. Only Hughey signed the motion. An individual such as Hughey may be self-represented, but an LLC or other legal entity may appear in federal court only when represented by an attorney who is admitted to the court. Rowland v. California Men's Colony, 113 S.Ct. 716, 721 (1993); Memon v. Allied Domecq Qsr, 385 F.3d 871, 873 (5th Cir. 2004). There is no indication that Hughey is an attorney.

Movers were notified of this deficiency on March 23, 2023 but did not correct it by enrolling counsel for Green Book. Accordingly, the **Motion to Dismiss (Doc. No. 8)** is denied insofar as it is presented on behalf of Green Book Vacations, LLC. The motion is in valid form insofar as it was presented by Teneka Hughey, so the clerk of court is directed to notice the motion for briefing with regard to the claims against Hughey.

Plaintiff's **Motion for Extension of Time to Serve Defendants (Doc. 36)** is **granted** by extending the deadline to file evidence of valid service until **June 20, 2023**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 28th day of April, 2023.

Mark L. Hornsby
U.S. Magistrate Judge