UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

VESTRIA D BARLOW                           CIVIL ACTION NO. 23-cv-130

VERSUS                                     JUDGE S. MAURICE HICKS, JR.

SHELIA L WARD ET AL                        MAGISTRATE JUDGE HORNSBY

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Motion to Dismiss filed by the Studio Defendants (Doc. 44) and the Motion to Dismiss filed by the Singleton Defendants (Doc. 47) are granted and that all claims against the following defendants are dismissed without prejudice for lack of personal jurisdiction: FX Networks, LLC; FXX Network, LLC; Paramount Pictures Corporation; Sony Pictures Entertainment Inc; Sony Pictures Releasing International Corporation; Universal Pictures Home Entertainment, LLC; Universal TV Pictures, LLC Shelia L. Ward; The Estate of John D. Singleton, Shelia L. Ward, Special Administrator; and New Deal Productions, Inc.

It is further ordered that Teneka Hughey's Motion to Dismiss (Doc. 8) is granted and that all claims against Teneka Hughey are dismissed without prejudice for lack of valid service.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 25th day of October, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE