UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

VESTRIA D BARLOW                                CIVIL ACTION NO. 23-cv-130

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

SHELIA L WARD ET AL                             MAGISTRATE JUDGE HORNSBY

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Motion to Dismiss filed by the Studio Defendants (Doc. 76) is granted and that all claims against the following defendants are dismissed without prejudice for lack of personal jurisdiction: The Walt Disney Company; Paramount Global f/k/a ViacomCBS, Inc; and Comcast Corporation.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 25th day of October, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE